STATE of Missouri, Respondent,

v.

Ronnie J. HAMPTON,
Defendant/Appellant.

No. 73058.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 30, 1998.

Scott D. Mosier, Charles A. Parmenter, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Glennon P. Fogarty, Asst. Atty. Gen., St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### *ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of sodomy in the first degree, in violation of section 566.062.1 RSMo 1994, on which he was sentenced to fifteen years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).